# EXHIBIT A
**(Amended)**

## LETTERS OF SUPPORT

| ***Person*** | ***Relationship*** |
|---|---|
| Knutkowski, Barbara | mother |
| Kuehn, Brian | father |
| Kuehn, Patricia | stepmother |
| Anderson, Jessica | sister |
| Kuehn, Breanna | wife |
| Collings, Dana | ex-wife |
| Bores-Stockton, Michelle | long-time family friend |
| Gamble, Elizabeth | community friend |
| Nicolai, Teri Jendusa | friend |
| Robers, Jackie | long-time family |
| Vanstone, Linda | family friend |
| Hauch, Jamie | therapist |
| Jenkins, Sarah | couples therapist |

The Honorable Hala Y. Jarbou
Chief Judge
United States District Court for the Western District of Michigan
138 Federal Bldg. & US Post Office
315 W Allegan St.
Lansing, MI., 48933

RE: United States v. Joshua Brian Kuehn
No.2:25-cr-17-HYJ

Dear Chief Judge Jarbou,

My name is Barbara Lynn Knutowski. I am Joshua Kuehn's mother. I remarried in 2003 to my late husband, Gerard Knutowski. My career for 43 years was Vice President and Office Manager at our family business. I am semi-retired currently.

My son, Josh, showed at a young age to want to be involved and help his community. As a young boy around 4-6 year's old, my son experienced a traumatic event of sexual abuse by a adult neighbor. This is what started his lifelong journey of severe anxiety and panic disorder. He has struggled with those memories since then. He has been in therapy his whole adult life to manage the trauma this caused him. As a mother, when you see your child having many medical events, some life threatening, all you can do is pray God watches over him. Despite what happened to him, he showed a desire to help the people around him.

Josh showed at a young age a desire to be involved and help with his community. He was a Boy Scout, where he learned service to his community. He has always been a kind and respectful person. In the city we lived in, Burlington, Wisconsin, there was an annual massive three-to-four-day community festival, Chocolate City festival. Josh volunteered for many years to help prepare the grounds. Such as laying sod, planting flowers and setting up the various areas. Anything to help with the event. He also continued to help throughout the four to five days of the festival. Josh was awarded the Chocolate City youth award in 1993; he was 15 at time. He earned the award for his many hours of service he provided at this event. He would also walk down to the local police station and wash cars for the police department. He also became a volunteer fire fighter at 18 years old. This is where he received CPR and EMT training. He enjoyed working on fire calls and aiding people in distress for many years. He has carried this knowledge through his adult life.

Josh has always been a kind and devoted son. His personality has always exhibited a man that would be there for any of his family, friends or stranger. I admire my son for this. He became a father in his early 20's to his son, Mikhail. He married Dana, now Dana Collings, and in time they had a daughter together, Jenalee. Through some struggles they decided to divorce. They began to show a beautiful example of co-parenting. They worked together to do what's best for their daughter and they became true friends and all the children benefit from this.

My son, Josh, then married his current wife, Breanna. They started a family and gave birth to a daughter, Evelynn, who is 11. They had a heartbreaking birth of a son named Thomas, who was stillborn. A true struggle but they supported each other through this along with their shared faith to support them. Then after a time they had another son, Sawyer, who is five. Sawyer's birth was also difficult; we have in time come to find that Sawyer struggles with autism.

Josh has been a steadfast, supportive, loving husband and father. I have watched them both develop their marriage into a very strong and loving relationship. How they support each other, communicate and love each other is what makes a marriage. That means being aware of life's challenges, the ones you experience in marriage. They have grown through these challenges, serious surgeries such as two open heart surgeries, two months apart that Josh had done; spinal cord surgery, kidney rupture from the medication he takes for his heart, warfarin; the immense loss of a child and the challenges a couple have with a special needs child. If you can face these experiences and learn to grow and thrive beyond it. It develops into a deep relationship of heartbreak and respectful love.

There have been multiple situations in the past decade and more where Josh exhibited a clear example of his character.  After his experience of being a firefighter he has had many situations arise where he jumped to aid someone in need. On a flight to California where he was going to be with his fiancé at the time, Dana, he assisted a woman experiencing a heart attack. Josh and another Chicago firefighter helped to save a life and administered CPR on a woman experiencing a heart attack, they were able to save her. Josh received a letter of thanks from the daughter of the woman. The airline, Northwest at the time, sent him some travel vouchers in thanks. Josh has pulled over and assisted in many car accidents. Just this summer, he again assisted a man that was brought in from the golf course after experiencing a fatal heart attack. Josh and a retired fire firefighter administered CPR. They attempted to save his life, but he was already gone.

Over the years, Josh has developed a very strong faith in God. He studied Theology in college. It has guided him in his life. He was a volunteer at our church helping on Mission Council and being a technology director. He lived streamed the services for 114 weeks in a row during Covid so the congregation could worship together. He also served on the Synod Council from 2018 to 2021. He was the Building and Grounds Coordinator at our church also. Our lives have always been guided by our active participation in our faith.

Josh always had a true and loving relationship with his grandmother. His grandfather died shortly after he was born. During his grandmother's struggle with cancer, he helped with taking her to her treatment appointments. Josh always shared a lot of alone time with his grandmother always seeking out her wisdom and her compasion. Josh and myself with with my Mother when she passed from complications of Covid.

There were floods in the summer of 2017 in our city of Burlington. Josh volunteered and was asked by Mayor Jennie Hefty to be a liaison between the city emergency management and the National Guard. This task lasted four days.

I have witnessed all these events in Josh's life. There have been so many situations that speak to the efforts Josh has made to take care of his family and the people and community that surround him. I have always felt he was someone with a strong sense of character. As you can see from the events I have shared with you.

Josh struggles with the catastrophic effect this has had on his family and the victim involved. We have had many conversations on his remorse and how this is affecting his family; especially his younger children, Evelynn and Sawyer.

Breanna and Josh have worked together to help Sawyer, who has many struggles with his autism; always wanting to provide a safe and secure environment for all the children. Sawyer struggles with change, as many autistic children do. He worries about how this will affect Sawyer. Which is very hard when you caused this situation. The guilt Josh has weighs heavily on him.

Thank you for taking the time to read my mother's story.

Sincerely,

Barbara Knutowski

Barbara Knutowski

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

Dear Hon. Judge Jarbou,

My name is Brian Kuehn, I am Joshua Kuehn's father. I wanted to write you to give you a little background on Josh. He has always had a strong work ethic, starting when he was 10 years old and had his own paper route. He had a job his entire life, starting when he was a teenager and attending school.

As a teenager, Josh was the assistant director of operations at Country Thunder in Twin Lakes, Wisconsin. Managing things like vendors, security and event sponsors. In his later years, his work ethic continued to grow, becoming an operations manager at one of the largest landscape companies in the Milwaukee area.

Josh spent a large portion of his childhood and teenage years in Boy Scouts; advancing all the way to Eagle Scout. His dedication to Boy Scouts and community, civic engagement, made him the responsible citizen he is today. From getting the Chocolate City Youth Award for his work at Chocolate Fest in Burlington, Wisconsin, in 1992, to being called to assist as the liaison between the City of Burlington emergency management and the Wisconsin National Guard during the devastating floods in Burlington in 2019.

Josh has always been a constantly reliable individual to all that have needed him, including myself and my wife, Patricia Kuenn. In 2019, a vehicle left the road and struck the side of our home. Josh, as my power of attorney, was quickly at my side to assist with everything from the insurance agent adjustors to the contractors, to see the project through to finalization.

He has also traveled with me multiple times to my doctor's appointments in Rockford, Illinois. I have a lot of health challenges since suffering a mild stroke four years ago. Josh has always been quick to be at my side when it is most needed.

Josh is a proud family man to my four beautiful grandchildren. He has two adult children who live on their own. His dedication to being a good father is reflected in each of them individually, and their dedication to their own careers, schooling and relationships. His relationship with his younger children is just as close, as he is constantly doing activities with them and raising them with his wife, Breanna.

Josh is a man of faith. In the past serving on his church council and Synod council. Raising all of his children with his wife in the church, so that they too can have a strong sense of faith.

He demonstrates by his actions that his wife, children, and entire family are extremely important to him. And he always will prioritize them.

Thank you for allowing me to not only write this letter, but to give you a fraction of the highlights that make me so proud of my son.

Respectfully,

Brian Kuehn

_______________________________

Brian Kuehn

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

Dear Hon. Judge Jarbou,

My name is Patricia Kuehn. I am Joshua Kuehn's stepmother. I've known Josh for 28 years. I met him when he was a teenager when I started dating his father, Brian. From the first time I met him, he was respectful, friendly, and always courteous.

Josh was our best man, and he has become a loving son to me. I do not view him as a stepson but as my actual son.

He has always been there with his father and I through the good times and the bad. For example, I had significant spine surgery, and Josh was there to assist with whatever was needed when it was needed.

I am disabled, and I don't drive. Josh has taken over driving for his dad and I to ensure we always get to important functions and appointments. Including one time when I thought his dad was having a heart attack, I called Josh and he beat the ambulance to the hospital. I asked a neighbor to go with, as I was scared for his father. When I saw Josh at the hospital before Brian had arrived, I told the neighbor she could go home. Our son was here.

Josh is a loving father. His two older children are now adults, with jobs and living on their own. His influence is reflected in all four of his children. The love, fun spirited, and respectful children and young adults, remind me very much of how Josh was when he was younger.

His youngest son has autism, and he is so patient with him. Having a child with challenges can be exhausting. But Josh and his wife, Breanna, manage it with the love and care that is needed.

Thank you for taking the time to read this letter and allowing me to give you some insight into my loving stepson.

Respectfully,

Patricia Kuehn

Patricia Kuehn

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

Dear Hon. Judge Jarbou,
My name is Jessica Anderson, and I am the younger and only sister of Joshua Kuehn. One thing I can say is that I am the one person in the world that has known Josh, my brother, my whole entire life.

With that, he has always been someone that I have known to always be dependable and there to help, no matter who you are. Josh has always spoken up and stepped in when someone might have been treated badly by other people while growing up. He has always had my back and stood up for me when people have been unkind or tried to hurt me. I believe he has a good nature and a personality of a warrior that does the right thing. To have those types of traits, you must have integrity and moral strength. With that also comes accountability.

I know Josh is unable to trace his steps back to the past to do the right thing and report this type of incident immediately, but I do know and am aware of the remorse and regret that he has for this one and only incident. Josh does not have a history of this type of behavior. I know every little thing about my brother. Every story, every secret, every joy, and every mishap. If I had any indicator that my brother was any type of sexual deviant, I personally would not be able to write this letter in good faith.

Josh has a deep love for his family. His children have always been the brightest sun in the sky, his wife has always been like a warm summer day to warm his heart, our mom is his true north star in the sky, and I have always been a cozy blanket to make him feel safe. I'm thankful to have a bond and relationship with my brother that has always felt safe.

The biggest thing though is Josh's four kids. He is an incredibly proud father and the term "papa bear" is one that fits him. He will go to great lengths to protect his children and has in the past. To have Josh not be present in his two younger children's lives would be detrimental, as the older two children are able to process the outcome. Josh and his wife, Breanna, have worked so hard with their son, Sawyer, to get him the best care and support that he can have as being diagnosed with Autism. Both Evelynn and Sawyer love their time with their dad, but the additional time and support that Sawyer needs, which both Josh and Breanna contribute in different ways, is not something that can be drastically removed or replaced and I hope that is taken into consideration.

I specifically remember Josh's drive to want to help others when we were in high school. I can recall whenever a bad thunderstorm or snowstorm would hit, Josh and I used to go out in his vehicle and drive around to see if anyone was in need to some trees to be moved or snow to be shoveled, and also to make sure no one was in trouble or injured. This is something he and I used to do quite often together and what I believe helped motivate him towards the volunteer fire department. He has always been proud to help his community. I think the most significant time to help was when our small hometown of Burlington, WI, was having extensive and dangerous flooding. Josh was there to step in where he could, and I know that effort did not go unnoticed as he worked day and night to be there for the community to provide additional resources to keep them safe.

Another thing I can say is that Josh has always helped individuals that didn't have the courage or motivation to ask. My brother has also always stepped up for me whenever I was treated wrongly, even if I didn't ask for help. He never liked the idea or seeing his sister verbally, mentally, and once physically, abused. When this would happen, I would see a man that stood ground for someone that didn't have the "weight" that they needed at that time. When this happened to me, he would always say, "if they are going to pick on someone their own size, they can pick on me." I love my brother for that, as there have been times in my life that I was weak and unable to speak up.

Over the past decade, mine and Josh's relationship has only grown more. I have lived in a different state since 2017, which has made him and I only become closer as there have been distance in miles between us but also many family emergencies and he always stepped in and took the lead until I was able to return home to help. We really do create a great sibling team.  When our dad had a heart emergency, he was there in the hospital with him before I could even get a flight home. When our grandmother was diagnosed with cancer at 91, he was taking her to doctors' appointments regularly until I was able to come home for a month and then he and I would share the responsibility of making sure she was taken to her treatments, doctors' appointments, and making sure she was still eating regularly. Then the worst was when our stepfather had a stroke and days later passed away in October of 2024. On the first days of that traumatic event, he carried our mother through life. He was there with her every second of the day, for the first few days before me and other family could arrive. My brother is dedicated to his family and loves us fiercely.

Josh's other love besides his family, friends and community is his faith. I have seen over the past 10 years my brother becoming someone that is deep rooted in his faith and love for religion and God. He really got into the church community at our childhood church, Cross Lutheran, with serving on several of the church committees and regularly doing the church's technical system for weekly services. That then inspired him to further his

education at Wisconsin Lutheran College; graduating with his bachelor's degree. He was so proud to have our grandmother be a part of this journey as she was equally deep rooted in her Lutheran faith, as she meant the world to our family.

I know Josh is carrying a heavy load of guilt and deep regret for this incident. Though this cannot change what happened 13 years ago, his actions of that do not define the person that he truly is, and the integrity that he carries. Thank you for taking the time to read my letter and I hope that you can see my brother for who he truly is, along with the mistake that he made.

Thank you,

Jessica Anderson

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

Dear Hon. Judge Jarbou,
My name is Breanna Kuehn. I am Joshua Kuehn's wife and the mother of his two youngest children. We met 19 years ago and have been married for 17 years. I am a business owner, doing communications consulting for nonprofits and small businesses for the past seven years.

Josh is a very passionate person. He puts his all into anything he does, is involved in or is a part of. It can seem overwhelming to the people around him or others involved, but it really is just because he is so passionate about the things he does. He puts his whole heart into things. He doesn't do anything halfway. So if he is involved, you know it means something to him.

He has brought that same passion into our marriage. We have been through a lot of ups and downs in 17 years. We expanded our family, suffered loss, have restarted careers, gone back to school, and have supported each other through all of it.

He has the same level of passion for his family. He cares and loves them all so deeply. And he would do anything for them. Josh has consistently been the first person by his dad's side when he is having a medical emergency. When his stepfather had a stroke, his mom called him and he was across town, at her house, in two minutes to be with her; and he did not leave her side for days. His sister was moving back to Wisconsin from Washington, so he flew out to Washington to drive the truck of her things across country, so she didn't have to.

Josh's children are his greatest joy. He has always said they are the things he is most proud of. He would do anything for them. Watching them grow, participate in things they enjoy, and succeed in life brings him the most pride. He beams when talking about his children.

His children are who he worries about the most with this situation. Missing our children grow up; missing his adult children experience and do all of the adult things (marriage, children, new jobs), are the things I know make his heart ache. But I am committed to making sure that no matter what the future holds for Josh, our children, his children, will know him and love him for the father he is.

Josh is a good person, husband, father, son, brother and friend. He has made mistakes and poor decisions throughout his life, but they do not define him. He is a good person who made a bad choice. And he is facing the consequences of that choice head on. He is not shying away from those consequences or making excuses.

I know Josh will not let this define him. I know he has, and will continue to, learn from what has happened. And apply those lessons to his future to make sure nothing like this ever happens again.

I apologize for not being able to attend sentencing. I had planned on attending on the 27th, but with the date change it was not possible. Thank you for taking the time to get to know Josh as a person, and not just a case.

Sincerely,

*Breanna Kuehn*

Breanna Kuehn

Dana Collings
8205 W Dakota St
West Allis, WI 53219
414-531-7596
danakana77@yahoo.com

September 22, 2026

The Honorable Hala Y. Jarbou
Chief Judge
United States District Court for the Western District of Michigan
138 Federal Bldg & US Post Office
315 W Allegan St
Lansing, MI 48933

RE: United States v. Joshua Brian Kuehn
No. 2:25-cr-17-HYJ

Dear Chief Judge Jarbou,

My name is Dana Collings; I'm an Office Manager and HR Specialist at L.C.S. Lawn & Tree Service in WI. I'm writing this letter on behalf of Josh Kuehn whom I have known for over twenty-six years as his ex-wife and friend. We have a daughter together and we co-parent her on a regular basis even though she's a grown adult in her early 20's. Unfortunately, due to a conflict with work and the hearing change from September to October, I couldn't be there in person to show support for Josh.

Josh and I have discussed his upcoming sentencing and I'm fully aware of what repercussion this has on him and his family as I'm also feeling this firsthand with our daughter and the stress, anxiety and sadness it has put on all of us. It has been hard, but we do understand from a legal standpoint what the outcome is.

I will say that I commend the positive attitude that Josh holds so he can be strong and stay positive as a role model for his family and friends. He's always been a strong and loving commitment to his family and friends. I also witnessed what passion he has and has had as a father to his children. I was a stepmom to his son Mikhail and during that time, he was always wanting to get as much time as possible with him. There were many times that we did not see eye-to-eye on things being younger ourselves when we first had our daughter, but we put our differences aside to provide the best for our child. We enjoyed outings together and time with family and friends. Family always came first no matter what! He is very much into his Faith and has been for all the years that I've known him. He wants the best for everyone and will do his best, to be the best version of himself. I see him being nothing but kind to me and my family. He's a very

dependable driven individual who is always available to listen and reflect. When Josh and I first were together, he moved out to California to be with me. During this time, he was there to help with Cal Fire efforts and being an available asset to the community. Shortly after being in California, we came back to Wisconsin where he started a Neighborhood Watch Association and was always involved in community awareness and neighbors around us.

During the almost past year, I've seen Josh make meals for his family, do what he can as a husband, father, son and friend and do what is best for the situation at hand. He has been seeing a counselor to help with his marriage during this time and to help prepare his family the best that he can. Knowing that him and I have a daughter together, we agreed that it would be in the best interest of our families to have her move back to WI so she can help him with his kids as much as possible in between her schooling and work. She's also going to be there to help distract them from missing their dad. It's a lot for his kids to have to endure such a big change coming their way and not understanding where dad is going to be. Our family has been nothing but supportive of him and his family during this time and will continue to do so.

I truly believe that Josh is genuinely a good person and this does not define Josh's character. Thank you for taking the time to read over my letter.

Sincerely,

Dana Collings

**September 30, 2026**

**Hon. Hala Y. Jarbou**
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

**Re: United States v. Joshua Brian Kuehn**
**Case No. 2:25-cr-17-HYJ**

**Dear Chief Judge Jarbou:**

My name is Michelle Bores-Stockton, and I have been a resident of Waterford, Wisconsin, for approximately 40 years. I am writing this letter because I believe it is important for the Court to know about the Joshua Kuehn that I have come to know through his involvement with his family and our community.

I want to begin by saying that I understand the seriousness of the circumstances that have brought Joshua before the Court. I am not writing to excuse his conduct, minimize what happened, or suggest that his actions should not have consequences. Joshua has acknowledged his conduct and has taken responsibility for his actions.

What I hope to provide is a different perspective—one based on the many years I have watched Joshua live his life and conduct himself in our community since the events in question.

Joshua and his family have been part of the Waterford/Burlington area for most of his life. Over the years, he has become someone I see regularly at community events, fundraisers, and Village and Town meetings. He is not someone who simply talks about being involved in the community. He actually shows up.

I have watched Joshua give his time, his knowledge, his expertise, and his own money to support local causes and events. Sometimes he is volunteering. Sometimes he is helping someone understand an issue. Sometimes he is simply there to support an event or organization. He has become a familiar face at many of our local functions.

To me, consistency matters.

Joshua is also deeply devoted to his family and his faith . He is very involved in his children's lives and their activities, including school, church, and extracurricular activities. He is a husband, father, son, and brother, and I have personally seen how important those relationships are to him.

His family responsibilities are not always easy. One of his children has disabilities, and Joshua also deals with his own medical challenges. Yet despite those difficulties, he continues to be there for the people who depend on him.

I have also watched Joshua pursue his education and work toward becoming a lawyer. He has developed an understanding of the law and has shared that knowledge with people in our community without expecting anything in return. I have seen him take the time to help people understand issues and navigate questions that can otherwise be intimidating or confusing.

Joshua's willingness to become involved in public service is another example of his commitment to the community. He recently ran for one of the open Village of Waterford Trustee positions. Whether or not someone agrees with his decision to run for office, I believe the fact that he was willing to put himself forward and ask the community for the opportunity to serve says something about his desire to remain involved in the place he calls home.

When I think about Joshua, I don't think of one moment from more than a decade ago. I think of the person I have actually seen in our community over all of these years.

I think of the husband and father who shows up for his family.

I think of the son and brother who remains involved with his family.

I think of the father who makes an effort to be involved in his children's lives.

I think of the person I see at local meetings and community events.

I think of someone who is willing to donate his time, his knowledge, his expertise, and his resources to help others.

And I think of someone who has continued to pursue his education and better himself despite facing his own personal challenges.

None of those things erase the conduct for which Joshua is now being sentenced, and I would never suggest that they should. But I do believe they provide important context about the person he has been for the many years since that conduct occurred.

The conduct that brings Joshua before the Court is not consistent with the Joshua I have come to know.

I believe people should be held accountable for their mistakes. I also believe that people should be allowed to demonstrate who they have become through the choices they make afterward. Joshua cannot change what happened in the past, but he can—and has—spent years making choices about the kind of husband, father, family member, student, neighbor, and community member he wants to be.

That is the person I have witnessed.

I respectfully ask that, when the Court considers Joshua's sentence, it also consider the many years of his life that followed the conduct at issue: his involvement with his family, his commitment to his children, his pursuit of education, his service to our community, his acceptance of responsibility, and the positive relationships he has maintained.

I am not asking the Court to ignore the seriousness of this case. I am simply asking the Court to see Joshua as a whole person and to consider the life he has lived since that time.

As someone who has called Waterford home for 40 years, I have seen many people come and go from our community. Joshua has remained involved. He has become a part of the fabric of our community, and I believe his family, his community, and the people who know him will continue to be an important source of accountability and support for him.

For those reasons, I respectfully ask the Court  to consider Joshua's character, his post-offense conduct, his family responsibilities, and his contributions to our community when imposing sentence.

Thank you for taking the time to read my letter and for allowing me to share my personal perspective about someone I have come to know over the years.

**Respectfully,**

**Michelle Bores-Stockton**

**7519 N. Tichigan Road**
Waterford, Wisconsin 53185

(414) 380-1889
Resident of Waterford for 40 years

Hon. Hala Y. Jarbou

Chief Judge, United States District Court

113 Federal Building

315 West Allegan Street

Lansing, Michigan 48933

Dear Honorable Chief Judge Jarbou,

I am writing this letter to inform you of the devoted husband, father and community member I believe Joshua Kuehn to be. During the approximately two years of our acquaintance, I have observed and experienced his earnest and sincere care for those around him, whether family member, friend or a new acquaintance. We became friends during a tumultuous election cycle in the area. He, nor I, were candidates but we were, as well as others, deeply concerned about the direction our area communities were heading. His sincere commitment to our cause showed his desire to make a better community for his family and friends. Post election his devotion to family and friends has not wavered.

Respectfully,

Elizabeth Gamble

638 East Main Street

Waterford, WI 53185

The Honorable Judge Hala Y. Jarbou
U.S. District Court Western District of Michigan Northern Division
128 Federal Building
Lansing, Michigan

RE: State of Michigan vs Joshua Kuehn
Case 2:25-cr-00017-HYJ-MV

Dear Judge Jarbou,

My name is Teri Jendusa Nicolai. I am a resident of the State of Wisconsin where I have lived my entire life. What is important for you to know is that I myself was a victim of a horrendous crime, perpetrated by my ex-husband back in 2004. It was domestic violence intentional attempted homicide. I survived, sans my unborn child and my toes which I lost due to frostbite. My ex-husband is rightfully serving a life sentence for his despicable actions. I tell you this because I want you to understand that I know what it is like to be victimized. Since my harrowing rescue by the dedicated team of the Racine County Sheriff office, and my recovery, I have become a voice for victims. I have traveled the nation, educating college students about the warning signs of dating violence. I have worked with victims and survivors to help them regain their autonomy and confidence. I have worked with legislators on bills that have helped victims and I became the Chair of Marsy's Law for WI, a constitutional amendment that I worked to help pass that gives survivors a voice in the system and treats them as equals in the courtroom, ensuring they are treated with dignity and respect. I am well known in my area for being a staunch victim advocate. This is important for you to know because I would never stand behind someone who I believe is a danger to anyone in the community. I firmly believe that anyone who poses a danger to society should be removed from society.

I do not know all the facts surrounding Josh's case and I will not defend any past wrongdoings. What I will do is describe to you the Josh that I know in hopes that you can understand him as the person he is today. I met Josh back in 2002. I was recently divorced from my abusive husband, and I moved in next to Josh and his wife. There were times when I had issues with the house and the landlord wasn't available. Josh would come over with his wife and help fix the toilet/faucet/what have you. He was always very respectful and kind. There were numerous times when my ex-husband came to pick up my children for short custody visits and I asked Josh to stand ready because I feared for my safety and the safety of my daughters. Without hesitation, Josh stood ready to help. He never instigated or escalated any situation, he diffused situations just by his presence. He made himself available to intervene/ call authorities if needed. I am positive those actions kept myself and my children safe on many occasions. In

the fall of 2003, I moved out and got remarried. In January 2004, I was brutally attacked by my ex-husband and was 1 hour from death when I was rescued. My story was all over the news. We had reporters coming to the hospital and contacting my family members. It was all too much as you can appreciate, I am sure. Josh stepped up and stepped in to handle the media circus that was tormenting my family members who were just trying to hold things together. When my daughters were located (and I was still missing) he kept the press away from my family so they could be safely and discreetly handed to my sister by law enforcement for their care , without the press disclosing their whereabouts. When I was finally found, close to death, Josh handled a press conference at the Sheriff Dept to keep media away from my family and away from the hospital I was being taken to.
He did it without pay. He did it without hesitation. He saw a need and jumped in to help. That was such a gift to my family at the time. I recovered and went on with my life, raising 3 beautiful children ( and now 4 grandchildren) while working as an advocate for victim's rights. I am also aware that Josh has done a lot of work for families of special needs children by working with parents to help them understand the school's legal obligations to provide services to their children.

I have also worked in our local Town government for the past 10 years. I wanted to give back to the community that helped my family overcome the tragedy we endured. In Spring of 2023, I was elected as Town Board Chair of the Town of Waterford. I brought open public comment to meetings and ran a very transparent and honest ship. During my tenure as Chair, I had some difficult decisions to make regarding complaints and investigations regarding some of our Town police officers. This was grueling for me because I have the utmost respect for law enforcement and a very good working relationship and friendships with numerous law enforcement officers, some who were involved with my rescue. I went through a very tough time. Do I do the right thing and investigate complaints of wrong doings, or do I turn a blind eye like numerous Chairs before me had apparently done? Although it caused me to be disliked, verbally abused, and even slandered by some people in my Town, I chose the path of integrity- doing the right thing- because my parents raised me to think and act with moral decency and truth. It was a very dark time for me and for the others who worked at the Town who worked alongside me to get to the truth of the matters and do something about them. I wasn't sleeping. I was hardly eating. I was clenching my jaw at night and waking up with headaches. This experience was almost as horrid as what I went through being physically brutalized by my ex-husband . It was bad enough I had to go up against law enforcement officers that I had always respected and trusted- I now had to contend with horrible people who were spreading the most dreadful lies about me because they did not want people to know the truth about what was going on. As we found out during all the investigations, there were people who were benefiting from some of the nefarious thigs that were going on. Of course, blowing the lid off of it made them very angry and I became the

subject of the gossip, lies, verbal abuse, and slander. It happened in the meeting rooms and it happened all over social media. Josh was in tune with what was happening and he, along with a number of other good people, were doing all they could to get the TRUTH out there to not only save my reputation but to give people real answers. He hated seeing us victimized by this group of people. Josh was a God send to me and to the others who were on the side of good. He would take the insults and lies that were floating around on social media and prove the contrary using facts and receipts that they couldn't refute. There are some who didn't like being called out so they turned on Josh as well. They blocked him from being able to comment on things and tried keeping myself, Josh and others who were trying to get the correct messaging out, off of their social media pages.
It's difficult to explain the effect it had on me, to be treated that way and slandered, especially since I've made it my life's work to help people and my heart is genuine and true. It upset Josh to see myself and others being treated that way and he stood up for us, no matter what slings and arrows were thrown his way. It was a dark chapter in the history of our Town and if it wasn't for Josh helping us get the truth out and trying to quell the revolting things that were being said about us, I honestly don't know how I would have made it through. No one asked him to help. No one paid him to help. Again, he did it to be a stand-up person. That is how I know Josh. He has been a stand-up person since I have known him.

I also know him as a dedicated family man, being devoted to his wife Breanna and his 4 children, some of whom I understand have had medical problems such as autism. It is my understanding by what I have been told he has been an advocate for parents of children with autism and a victim advocate under WI Victim Rights laws in which he advocated for individuals who sustained substantial battery or abuse.

As a survivor of a violent crime myself, I can tell you I firmly believe that dangerous people should be kept away from others who they may harm. One hundred percent. I know Josh to be a fierce advocate for victims, a dedicated husband and father, and a friend who will put himself out there to help out with no reward other than knowing he did the honorable thing. My life's mission has been to help victims and keep people from becoming victims. If I thought with one ounce of my being that Josh was a danger to anyone I would not be writing this letter. I do know that Josh has a family to take care of who would very likely be financially adversely affected if he is unable to provide for them. I am not aware of the facts of the charges/case against Josh from numerous years ago, but I do know what kind of person he is today.

I sincerely appreciate you taking the time to read this letter. I also want to thank you for the job you do for the people of your community as I am sure it can be very difficult at times.

Respectfully,

Teri Jendusa Nicolai

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

Dear Hon. Judge Jarbou,
My name is Jackie Robers. I have known Joshua Kuehn for all his adult life and throughout his childhood. My sister, DeNiene, and Josh's aunt, Beth, were best friends their entire lives. Because of that friendship, our families have always been very closely connected. In many ways, we have considered ourselves one family.

I am not writing this letter to speak about or excuse the charges for which Josh is being sentenced. I understand that what happened was serious, and I know that Josh has spoken with me about the consequences of his actions and the people who have been hurt by them. I am writing because I want to share with Your Honor the person I have known for so many years and the character I have seen in Joshua throughout his life.

I remember Josh as a child who was fun-loving and always seemed to want to make things better for the people around him. He had a way of making everyone laugh, whether it was by dancing, telling jokes, or simply doing the funny little things that were so much a part of who Josh was. He brought happiness to the people around him.

As a teenager, I knew Josh to be respectful, responsible, involved in his community, and deeply respected by the people of Burlington. He took part in organizing the annual Burlington Chocolate Festival for many years. He was also involved in organizing the Burlington Christmas Parade. Josh was someone who was there when his community needed him. Whether it was a celebration or a tragedy, day or night, he was someone people could count on. When the tragic floods of 2017 hit Burlington, Josh, even though he no longer lived in Burlington, was front and center ready to help.

One of the strongest examples of Josh's character came during my sister, DeNiene's, battle with cancer. Before 2014, DeNiene was diagnosed with cancer. Josh had already maintained a very close relationship with her for many years. Because of the relationship between our families, DeNiene became like an aunt to Josh, and Josh became like family to her. During DeNiene's battle with cancer, Josh was always there for her, even though she lived in San Diego, California. He made her laugh when she needed to laugh. He gave her hope when she needed hope. He shared her tears when she needed someone to understand what she was going through.

My family will always be grateful for the sacrifices Josh made to be there for DeNiene and to help her find a way through each difficult day. He did not have to do those things. He chose to do them because he loved her and because that is the kind of person I had always known him to be.
In 2014, DeNiene passed away at her home. I was the person who called Josh to tell him that DeNiene was gone. I remember that Josh was working a route and was in Indiana when I called him. As soon as I told him what had happened, he said he would tell his boss and would take the next flight to California. I told Josh that he did not need to rush and that he should take his time and get there safely. But Josh came the very next day.

He has always had a strong sense of family, faith, and compassion for other people. He has always believed that things could be made better, sometimes simply by being there, listening, helping, or making someone laugh when they needed it most.

I can never adequately thank Josh for everything he has done for my family. I can, however, offer this letter to Your Honor as an honest account of the person I have known and loved as part of my family.

Josh is a good man who has made serious mistakes. I do not believe those two things are mutually exclusive. I know that Josh understands that his actions were wrong. He and I have spoken about the consequences of what happened and about the people who have been affected by his actions. He understands that there was a victim, that the victim's family has been affected, and that his own family, children, community, and especially his wife, Breanna, have also suffered because of his choices.

I have seen remorse in Josh, and I believe he understands that he cannot undo what happened. I also believe that he must live with the consequences of his decisions and learn from them.

Josh has also been there for me personally in dealing with my disability as a deaf person. He has always been patient and kind to me. He understands the challenges I face and has always been willing to slow down when he speaks so that I can read his lips and understand him. He has never made me feel like my disability was a burden or an inconvenience. That may seem like a small thing to some people, but to me, it means a great deal.

The Josh I know is the child who made people laugh, the teenager who gave his time to his community, the nephew who loved my sister like family, the man who got on a plane immediately when DeNiene died because he knew his family needed him, and the person who has continued to be there for the people he loves.

My hope is that Josh will use this experience to become a better husband, father, family member, and person. I believe he can do that. I believe the people who love him will hold him accountable, and I believe he understands that he has work to do to rebuild trust and move forward.

I respectfully ask Your Honor to consider the person I have described, the remorse he has expressed, the impact his actions have had on others, and the many years of his life that I have personally known.

My only request, Your Honor, is that you impose the sentence you believe is just and appropriate after considering all these things. Thank you for taking the time to read my letter and for allowing me to share my personal experiences and feelings about Joshua. He is part of my family, and regardless of what happens, he will always be part of my family.

Respectfully,

Jackie Robers

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

Dear Hon. Judge Jarbou,

My name is Linda Vanstone. I am a mother of three sons and have six grandchildren. I have known Joshua Kuehn since the day he was born. His mother, Barbara Knutowski, and I have been friends for close to 60 years.

I have seen Josh grow up and become a good man and father. He is an asset to his mother who is now a widow. He makes sure she is doing well and takes pride in helping her maintain her home.

Josh is always ready to lend a hand or make a meal for friends or family members.

The future sentencing saddens me for his children and loved ones. I know this is not in my hands.

I thank you for taking the time to read my letter.

Sincerely,

Linda Vanstone

Linda Vanstone

WEST GROVE CLINIC, SC

*healing the mind, the body and the soul*

October 9, 2026

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 W Allegan Street
Lansing, Michigan 48933

Dear Honorable Judge Jarbou,

I am Joshua Kuehn's current therapist, and I have been working with him for nearly 10 years. I do not typically write letters such as this for clients. However, due to the longevity of our relationship, I felt it was appropriate to do so. During our time working together, we have built a strong therapeutic relationship, and I have been able to get to know him quite well. In our sessions, I have never had the impression that he was being dishonest with me; rather, I have perceived him to be open and honest. Obviously, I cannot prove that; however, when you work with someone for that long, you gain a strong sense of their character.

As I have gotten to know Josh over the years, I have come to learn that he holds great empathy for those who do not have a voice. He has demonstrated this through various actions, and I believe this stems, in part, from his own childhood trauma. Through his sharing, I have also learned that he is passionate about being involved in his community, deeply loves his family and friends, and is willing to stand by his convictions regarding what he believes is right and just. These actions and characteristics are not something one sees every day in people.

As his therapist, Josh has shared details of this case with me. Although it is not my role to determine the outcome, I trust that all relevant facts will be taken into consideration when determining the appropriate amount of time to be served. Based on those details shared with me, I am in support of leniency for time served.

I also hope that consideration will be given to Josh's mental and physical health needs in any decisions regarding placement. He has shared concerns about being placed in a setting that may not be able to support and/or manage these needs. This concern has been weighing heavily on him for many months. While I do not know how placement decisions are determined, I respectfully ask that his identified mental and physical health needs be considered.

Thank you for taking the time to read this letter.

Sincerely,

Jaimie Hauch, LPC, CSAC

Jaimie Hauch, LPC, CSAC

10012 West Capitol Drive, Suite #101 | Wauwatosa, WI 53222
Ph 414.810.4844 | Fax 414.810.4845 | www.westgroveclinic.com

# WEST GROVE CLINIC, SC

***healing the mind, the body and the soul***

October 8th, 2026

Hon. Hala Y. Jarbou
Chief Judge, United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

Honorable Hala Y. Jarbou,

This letter is being written in support of my client Joshua (Josh) Kuehn (DOB 12/26/1978). I have worked as his couple's therapist at West Grove Clinic on two separate occasions. Once from November 7th, 2022, until June 15th, 2023, and again November 26th, 2025, to current.

Since working with Josh, I have seen a great amount of love for his wife, children and family. He has been someone who exudes empathy towards all. He is very generous and helpful to those in need including community and church.

Josh shows up for all appointments, is respectful, insightful and willing to work towards his own personal growth and development and his marriage. In session he has been able to show remorse for wrongdoings and take responsibility for his actions, continually striving to be a better man than the day before.

Thank you for taking this into consideration,

Sarah M Jenkins, MS LPC