UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSHUA BRIAN KUEHN,

Defendant.

No. 2:25-cr-17-HYJ

Hon. Hala Y. Jarbou

**ORDER GRANTING MOTION TO FILE UNDER RESTRICTED ACCESS**

The defendant having moved for leave to file a psychological evaluation under restricted access and there appearing to be good cause; now, therefore,

IT IS HEREBY ORDERED that leave of Court is GRANTED for the filing of the psychological evaluation under restricted access.

IT IS FURTHER ORDERED that the Clerk of Court is directed to accept for filing under restricted access the evaluation.

Dated: October 20, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge