UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 2:25-CR-17-HYJ-MV

vs.

Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

Defendant.

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL SENTENCING MEMORANDUM OUT OF TIME**

NOW COMES the defendant, Joshua Brian Kuehn, by and through his attorneys, WILLEY & CHAMBERLAIN LLP, and hereby moves for leave to file a supplemental sentencing memorandum out of time, and in support this motion states:

1. The local court rules provide that "[a]ll sentencing memoranda, including memoranda in support of a motion for departure or variance must be filed [14 days before the date set for sentencing]." W.D. MICH. LCRR 32.1(g). Fourteen days prior to sentencing, the defense filed its sentencing memorandum and motion for downward variance in compliance with the rule. DEFENDANT'S SENTENCING MEMORANDUM, ECF No. 48, PageID.286; DEFENDANT'S MOTION FOR DOWNWARD VARIANCE, ECF No. 49, PageID.314.

2. The government filed a motion for sentencing reduction on October 19, 2026. MOTION FOR SENTENCING REDUCTION, ECF No. 53. The filing did not address the outstanding guideline objection to USSG §4B1.5(b)(1). Instead, the objection was

addressed in the government's response to the defendant's sentencing memorandum filed on October 22, 2026. GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM, ECF No. 58, PageID.373. As a consequence, the defense has not had the opportunity to directly respond to the government's position prior to sentencing.

2. The defense has reviewed the government's material and has, as expeditiously as possible, prepared a reply.

3. Accordingly, the defense respectfully requests leave to file—one day out of time—a supplemental sentencing memorandum responding to the government's position.

4. This motion is made in good faith and not for the purpose of delay.

5. The government objects.

WHEREFORE defendant Kuehn respectfully requests that he be permitted to file the accompanying supplemental sentencing memorandum.

Dated: October 23, 2026

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant Kuehn

*s/ Charles E. Chamberlain, Jr.*

Charles E. Chamberlain, Jr. (P33536)
Peter A. VanGelderen (P73427)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503-2314
(616) 458-2212
cec@willeychamberlain.com
pav@willeychamberlain.com