UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSHUA BRIAN KUEHN,

Defendant.

No. 2:25-cr-17-HYJ

Hon. Hala Y. Jarbou

---

# CERTIFICATE OF COMPLIANCE WITH LOCAL CRIMINAL RULE 12.4

---

NOW COMES the undersigned, pursuant to Local Criminal Rule 12.4, and hereby certifies that on October 22, 2026, he contacted the Assistant United States Attorney regarding the filing of a motion for leave to file a supplemental sentencing memorandum one day out of time and was later advised that the government objects to such a supplemental filing.

Date: October 23, 2026

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant Kuehn

*s/ Charles E. Chamberlain, Jr.*

Charles E. Chamberlain, Jr. (P33536)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503-2314
(616) 458-2212
cec@willeychamberlain.com