UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA BRIAN KUEHN,

Defendant.
______________________________/

Case No. 2:25-cr-17

Hon. Hala Y. Jarbou

**ORDER**

Sentencing in this matter is currently set for October 29, 2026. Pursuant to W.D. Mich. LCrR 32.2(g), all sentencing memoranda, including memoranda in support of a motion for departure or variance, must be filed no later than fourteen (14) days before the date set for sentencing, and any response must be filed no later than seven (7) days before the date set for sentencing. Thus, any sentencing memoranda and motions in this case would be due on October 15, 2026, with any responses due by October 22, 2026.

On October 15, 2026, Defendant timely filed his sentencing memorandum (ECF No. 48), motion for variance (ECF No. 49), and motion for leave to file a psychological evaluation under restricted access (ECF No. 47). The following day, Defendant filed an amended exhibit to his sentencing memorandum (ECF No. 50) and the restricted access psychological evaluation (ECF No. 52).

On October 19, 2026, the government filed its motion for leave to file a motion under restricted access and out of time (ECF No. 53). The certificate regarding concurrence stated that Defense Counsel did not object to the motion (ECF No. 54). The Court granted the motion and accepted the government's restricted access motion four days late. (ECF No. 57.) The government

timely filed a response to Defendant's sentencing memorandum on October 22, 2026. (ECF No. 58.)

Now Before the Court is Defendant's Motion for Leave to File a Supplemental Sentencing Memorandum Out of Time (ECF No. 59). Defendant argues that the government included new information in its response (ECF No. 58) that wasn't included in its restricted access motion (ECF No. 55) and he requests the Court allow him to respond and accept his proposed supplemental memorandum (ECF No. 61) one day late. The certificate regarding concurrence states that the government objects to the supplemental filing. (ECF No. 60.)

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Leave to File a Supplemental Sentencing Memorandum Out of Time (ECF No. 59) is **GRANTED**.

**IT IS FURTHER ORDERED** that the government may file a response to Defendant's supplemental sentencing memorandum by **October 30, 2026**.

**IT IS FURTHER ORDERED** that sentencing is adjourned to **November 9, 2026**, at **1:30 PM**.

Counsel are reminded to adhere to the timelines set forth in the local rules as it relates to sentencing.

Dated: October 23, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE