UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 2:25−cr−00017−HYJ−MV

v.

Hon. Hala Y. Jarbou

JOSHUA BRIAN KUEHN,

Defendant.
______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | November 9, 2026 01:30 PM<br>*(previously set for October 29, 2026 at 3:00 PM*) |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

HALA Y. JARBOU
Chief United States District Judge

Dated: October 23, 2026

By: /s/ A. Seymore
Case Manager